```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA,      )
                               )
         vs.                   )   CR 09-278 (see CA 13-1451)
                               )   CR 09-279 (see CA 13-1452)
GREGORY J. PODLUCKY,           )   CR 11-37  (see CA 13-1453)
                               )
         Defendant/Petitioner. )
```

O R D E R

AND NOW, this 29th day of December, 2014, upon consideration of Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. No. 64 at CR 09-278; Doc. No. 376 at CR 09-279; Doc. No. 264 at CR 11-37), filed in the above captioned matters on October 6, 2013, and memorandum in support thereof (Doc. No. 70 at CR 09-278; Doc. No. 382 at CR 09-279; Doc. No. 270 at CR 11-37), filed on November 25, 2013, and in further consideration of Petitioner's response to the Court's October 9, 2013 Show Cause Order (Doc. No. 69 at CR 09-278; Doc. No. 381 at CR 09-279; Doc. No. 269 at CR 11-37), filed on November 25, 2013, as well as the various responses and replies subsequently filed by Petitioner and the Government (Doc. Nos. 72, 75, 76 and 77 at CR 09-278; Doc. Nos. 386, 390, 392, and 393 at CR 09-279; Doc. Nos. 272, 275, 276, and 277 at CR 11-37),

IT IS HEREBY ORDERED that, for the reasons set forth in the Memorandum Opinion filed herewith, Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DISMISSED.  Further, this Court will not issue a certificate of appealability in this case because, for the reasons set forth in the Memorandum Opinion, Petitioner has not made a substantial showing of the denial of a constitutional right.

<u>s/Alan N. Bloch</u>
United States District Judge

ecf: Counsel of record

cc:  Gregory J. Podlucky, Fed. Reg. No. 30494-068
     FCI Fort Dix
     P.O. Box 2000
     Fort Dix, NJ 08640